# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LEE THOMPSON, | ) No. ED CV 15-0809 AS |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: June 1, 2016.

                                       /s/
                               ALKA SAGAR
                  UNITED STATES MAGISTRATE JUDGE